IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE HUGHES, as Administrator of the Estate of Edwin Dewayne Moss, <br><br> Plaintiff, <br><br> v. <br><br> DARIAN K. LOCURE, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 3:22-cv-312-RAH ) [WO] ) ) ) ) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Substitute Party (Doc. 59), it is ORDERED that the Motion is GRANTED. The Clerk's Office is directed to substitute Monique N. Locure as Administratrix of the Estate of Darian K. Locure as the Defendant in this action. It is further ORDERED that the Defendant's original Motion to Substitute Party (Doc. 57) is DENIED as moot.

DONE, on this the 16th day of June, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE